**MCGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Carolee A. Hoover (SBN 282018)
choover@mcguirewoods.com
Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
Alexander J. Gershen (SBN 291929)
agershen@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

Attorneys for Defendant
Flagstar Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL and GINA SMITH, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK, FSB, a federal savings bank, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 3:18-cv-05131-WHA<br><br>**JOINT STIPULATION TO EXTEND FLAGSTAR BANK, FSB'S TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>Complaint Filed: August 22, 2018<br>FAC Filed: October 19, 2018<br><br>Honorable Judge William H. Alsup |

JOINT STIPULATION TO EXTEND FLAGSTAR BANK, FSB'S TIME TO RESPON TO THE AMENDED
COMPLAINT

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1, Defendant Flagstar

2  Bank, FSB ("Flagstar") and Plaintiffs Lowell and Gina Smith and William Kivett, individually and

3  on behalf of others similarly situated ("Plaintiffs"), through their respective counsel, hereby stipulate

4  to an extension of time for Flagstar to respond to Plaintiffs' First Amended Complaint in light of the

5  following facts:

6                                              **RECITALS**

7    WHEREAS, Plaintiffs, through their counsel, filed their Complaint in this action on August

8  22, 2018;

9    WHEREAS, Flagstar, through its counsel, executed a waiver of the service of summon on

10 August 29, 2018, setting a response deadline for October 29, 2018;

11   WHEREAS, Plaintiffs filed their First Amended Complaint in this action on October 19,

12 2018;

13   WHEREAS, Flagstar's response to Plaintiffs' First Amended Complaint is due on or before

14 November 2, 2018;

15   WHEREAS, Flagstar and Plaintiffs stipulate and agree that, for this good cause, Flagstar's

16 time to respond to Plaintiffs' First Amended Complaint is extended twenty-eight (28) days, up to and

17 including November 30, 2018.

18   WHEREAS; Flagstar shall file its response to Plaintiffs' First Amended Complaint on

19 November 30, 2018 and set a hearing for January 7, 2019 or on a later date available with this Court.

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND FLAGSTAR BANK, FSB'S TIME TO RESPON TO THE AMENDED
COMPLAINT

**STIPULATION**

IT IS HEREBY STIPULATED by and between Flagstar and Plaintiffs hereto, through their respective counsel, that the deadline for Flagstar to file its response to Plaintiffs' First Amended Complaint shall be extended twenty-eight (28) days, up to and including November 30, 2018, and that Flagstar shall file its response on November 30, 2018 and set a hearing for January 7, 2019 or on a later date available with this Court.

**IT IS SO STIPULATED.**

Date:  October 29, 2018                         Respectfully submitted,


**MCGUIREWOODS LLP**


By: */s/ David C. Powell*
        David C. Powell
        Attorney for Defendant Flagstar Bank, FSB


Date:  October 29, 2018                         **LAW OFFICES OF PETER FREDMAN PC**


By: */s/ Peter B. Fredman*
        Peter B. Fredman
        Attorney for Plaintiffs Lowell and Gina Smith and
        William Kivett, for themselves and persons
        similarly situated

JOINT STIPULATION TO EXTEND FLAGSTAR BANK, FSB'S TIME TO RESPON TO THE AMENDED COMPLAINT

1

## ECF CERTIFICATION

2      In compliance with Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that I

3   have obtained the concurrence in the filing of this document from all signatories.

4      Executed this 29th day of October, 2018, at San Francisco, California.

5

6   DATED:  October 29, 2018                    **MCGUIREWOODS LLP**

7                                               By:  */s/ David C. Powell*
                                                     David C. Powell
8                                                    Attorney for Defendant Flagstar Bank, FSB

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND FLAGSTAR BANK, FSB'S TIME TO RESPON TO THE AMENDED
COMPLAINT