IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL and GINA SMITH, husband and wife, and WILLIAM KIVETT, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANK, FSB, a federal savings bank, and DOES 1–100, inclusive,<br><br>Defendants. / | No. C 18-05131 WHA<br><br>**ORDER VACATING DISCOVERY DISPUTE HEARING AND DENYING AS MOOT DISCOVERY LETTER BRIEFS** |

The Court has received plaintiffs' discovery letter brief to cancel today's discovery dispute hearing (Dkt. No. 45). Today's hearing is hereby **VACATED**. The discovery letter briefs filed by plaintiffs (Dkt. No. 42) and defendant (Dkt. No. 44) are accordingly **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 25, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE