**MCGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Carolee A. Hoover (SBN 282018)
choover@mcguirewoods.com
Aaron R. Marienthal (SBN 273154)
amarienthal@mcguirewoods.com
Alexander J. Gershen (SBN 291929)
agershen@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

Attorneys for Defendant
Flagstar Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL and GINA SMITH, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK, FSB, a federal savings bank, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 3:18-cv-05131-WHA<br><br>**DECLARATION OF DAVID C. POWELL IN SUPPORT OF FLAGSTAR BANK, FSB'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF ITS SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT BRIEFING (CONVERTED FROM MOTION TO DISMISS)**<br><br>Complaint Filed: August 22, 2018<br>FAC Filed: October 19, 2018<br><br>Honorable Judge William H. Alsup |

I, David C. Powell, declare and state as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of McGuireWoods LLP, counsel of record for Defendant Flagstar Bank, FSB ("Flagstar"). I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and could and would competently testify to the following if called upon to do so.

2. I submit this declaration in support of Flagstar's Administrative Motion to Seal. Flagstar seeks to partially seal the below-referenced documents and portions of documents on the grounds that disclosure of such information could be detrimental to Flagstar's financial interests and competitive position, and that disclosure of this proprietary and/or confidential information of Flagstar would reveal highly sensitive internal business strategies, loan servicing and processing product information, and other critical business information.

3. Specifically, Flagstar seeks to file the following exhibits under seal: Portions of Exhibits A, E, I and J, and Exhibit L in its entirety, from the Declaration of Flagstar in support of its supplemental briefing for summary judgment (converted from motion to dismiss) (the "Motion"):

| Exhibit | Designating Entity | Description |
|---|---|---|
| A | Flagstar | True and correct copy of Flagstar's Correspondent Lending Agreement between Flagstar and RDP Capital, Inc. dba California Financial Group. |
| E | Flagstar | True and correct copy of Flagstar's Purchase Commitment Letter Wholesale America Mortgage, Inc. Regarding the Plaintiff Lowell and Gina Smiths' (the "Smiths") Loan. |
| I | Flagstar | True and correct copy of Flagstar's Warehouse Line of Credit (WARLOC) Application Screen Regarding the Smiths' Loan. |
| J | Flagstar | True and correct copy of Flagstar's Funding Breakdown Regarding the Smiths' Loan. |
| L | Flagstar | True and correct copy of the Mortgage Electronic Registration Systems ("MERS") Milestone Regarding the Smiths' Loan. |

4. The redacted portions of these exhibits attached to declaration of Flagstar contain commercially sensitive and proprietary information about Flagstar that is not made available to the public, of which disclosure of which could be detrimental Flagstar financial and competitive interests. The redacted information and documents were previously designated confidential by Flagstar pursuant to the terms of the Stipulated Protective Order, ECF Document #34, which the Court approved on February 7, 2019 (ECF Document #36). That "Confidential" designation was not challenged by Plaintiffs.

5. This commercial information is highly valuable to Flagstar and is not publicly disclosed. If this information was disclosed to the public, Flagstar's competitors would have valuable insights into Flagstar's business model, including its loan funding and decision making protocols, proprietary loan origination and servicing systems, and other highly sensitive strategic business information. Moreover, the disclosure of the nature, financial terms, and information contained in these documents could place Flagstar at a competitive disadvantage by disclosing its specifically negotiated terms to its business competitors.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 18th day of April, 2019.

By:   /s/ David C. Powell
      David C. Powell
      Attorney for Flagstar Bank, FSB

.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF, which will serve all counsel of record, and served via First Class Mail to any party not filing ECF, postage prepaid.

This the 18th day of April, 2019.

By:     */s/ David C. Powell*
            David C. Powell
            Attorney for Flagstar Bank, FSB