# EXHIBIT B

20733



# State of California

## SECRETARY OF STATE

## CERTIFICATE OF FILING

I, KEVIN SHELLEY, Secretary of State of the State of California, hereby certify:

That on the **16th day of March, 2004,** there was filed in this office an amendment changing the corporation name from **RDP CAPITAL, INCORPORATED,** a California corporation, to **WHOLESALE AMERICA MORTGAGE, INC.**

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of August 12, 2004.



KEVIN SHELLEY
Secretary of State

gb

NP-24 A (REV. 1-03)                                                                 OSP 03 74700

NCTO 1996242



**CALIFORNIA FINANCIAL GROUP**
www.calfingroup.com

410 San Ramon Valley Blvd., Ste. 115 San Ramon, CA 94583

A0608903

Office: (925) 553-1100  Fax: (925) 553-1190

**FILED**
In the office of the Secretary of State
of the State of California

MAR 1 6 2004

KEVIN SHELLEY, Secretary of S

# CERTIFICATE OF AMENDMENT OF ARTICLES OF INCORPORATION

The undersigned certify that:

1. They are the **president** and the **secretary**, respectively, of **RDP Capital, Incorporated**, a California corporation.

2. Article **ONE** of the Articles of Incorporation of this corporation is amended to read as follows:

   **The name of this corporation is Wholesale America Mortgage, Inc.**

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is **100**. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage of vote required was more than 50%.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

Date: 03/15/2004

Ronald D. Perkins, President

Shawna K. Perkins, Secretary



A06U8903

**KEVIN SHELLEY**
**CALIFORNIA SECRETARY OF STATE**
**BUSINESS PROGRAMS DIVISION**

MAR 1 6 2004

## DOCUMENT FILING REQUEST

**THIS DOCUMENT IS BEING PROCESSED FOR:**
(Client Information)

Name _RDP Capital, Incorporated_

Street Address _2410 San Ramon Blvd., Ste #115_

City _San Ramon_ State _CA_ Zip Code _94583_

Attn: _Lily T. Nguyen_

Date: _3/16/2004_

Telephone: (_925_) _553-1118_

☑ Waiting
☐ Mail Back
☐ Telephone Notification

**CORPORATION NAME - PLEASE PRINT LEGIBLY**  CA OK

_RDP Capital, Incorporated_  #C1996240

_Name Change To: Wholesale America Mortgage, Inc._

RECEIVED 2004 MAR 16 AM 9:26 SECRETARY OF STATE SACRAMENTO CORP

---

**SECRETARY OF STATE USE ONLY**

| T _0760101_ | CERT _1_  C/F ____  C/G ____ |
| AMOUNT REC'D ____ | ARTS ____ AMDT _✓_ DISS ____ |
| ☑ CASH  ☐ CHECK  ☐ MONEY ORDER  ☐ CREDIT CARD | DS ____ |
| Check/Money Order # ____ | |

S/I ____

LR ____ LEGAL REVIEW NOTES: ____

---

IN ADDITION TO THE REQUIRED FILING FEE, A $15.00 SPECIAL HANDLING FEE IS APPLICABLE FOR ALL DOCUMENTS PROCESSED OV THE-COUNTER. The $15.00 SPECIAL HANDLING FEE MUST BE REMITTED BY SEPARATE CHECK AS THIS FEE WILL BE RETAINED WHETHER THE DOCUMENTS ARE FILED OR REJECTED.

**PLEASE MAKE CHECK PAYABLE TO THE "SECRETARY OF STATE"**

(REV 01-03)