**MCGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Carolee A. Hoover (SBN 282018)
choover@mcguirewoods.com
Aaron R. Marienthal (SBN 273154)
amarienthal@mcguirewoods.com
Alexander J. Gershen (SBN 291929)
agershen@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendant
Flagstar Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL and GINA SMITH, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK, FSB, a federal savings bank, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 3:18-cv-05131-WHA<br><br>**DECLARATION OF DAVID C. POWELL IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Complaint Filed: August 22, 2018<br>FAC Filed: October 19, 2018<br><br>Honorable Judge William H. Alsup |

1
DECLARATION OF DAVID C. POWELL IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, David C. Powell, declare and state as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of McGuireWoods LLP, counsel of record for Defendant Flagstar Bank, FSB ("Flagstar"). I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and could and would competently testify to the following if called upon to do so.

2. I submit this declaration in response to Plaintiffs Lowell and Gina Smith ("Plaintiffs") Administrative Motion for Leave To File Under Seal ("Plaintiffs' Administrative Motion") portions of Plaintiffs' Supplemental Brief in support of Plaintiffs' Opposition to Flagstar's Motion to Dismiss Converted to Motion for Summary Judgement (the "Plaintiffs' Supplemental Brief"), and Exhibits B through E of the Declaration of Thomas E. Loeser in Support of Plaintiffs' Supplemental Brief in support of Plaintiffs' Opposition to Flagstar's Motion to Dismiss Converted to Motion for Summary Judgement.

3. In Plaintiffs' Administrative Motion, Plaintiffs seek to seal portions of Plaintiffs' Supplemental Brief and supporting Exhibits, each of which contain information that Flagstar designated as "CONFIDENTIAL" under the Stipulated Protective Order, ECF Document #34, which the Court approved on February 7, 2019 (ECF Document #36).

4. Specifically, Plaintiffs' Supplemental Brief, also listed as Exhibit B to the Declaration of Thomas E. Loeser, p. 11, l. 1-12, and p. 14, l. 11-12, and Exhibit E to the Declaration of Thomas E. Loeser, both contain the entirety or selected portions of the Correspondent Lending Agreement between Flagstar and RDP Capital, Inc. dba California Financial Group. These provisions contain commercially sensitive and proprietary information about Flagstar that is not made available to the public, of which disclosure of which could be detrimental to Flagstar financial and competitive interests. The redacted information and documents were previously designated confidential by Flagstar pursuant to the terms of the Stipulated Protective Order, ECF Document #34, which the Court approved on February 7, 2019 (ECF Document #36). That "Confidential" designation was not challenged by Plaintiffs.

1        5.      The redacted information contained in Exhibits B and E to Declaration of Thomas E. Loeser commercial information is highly valuable to Flagstar and is not publicly disclosed. If this information was disclosed to the public, Flagstar's competitors would have valuable insights into Flagstar's business model, including its loan funding and decision making protocols, proprietary loan origination and servicing systems, and other highly sensitive strategic business information. Moreover, the disclosure of the nature, financial terms, and information contained in these documents could place Flagstar at a competitive disadvantage by disclosing its specifically negotiated terms to its business competitors.

      6.      As such, Flagstar, in accordance with the Stipulated Protective Order, ECF Document #34, which the Court approved on February 7, 2019 (ECF Document #36), agrees that the redacted portions of Exhibits B and the entirety of Exhibit E should be redacted pursuant to Plaintiffs' Administrative Motion.

      7.      Flagstar does not contend that any portion of Exhibits C or D contain information that must be sealed pursuant to Plaintiffs' Administrative Motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 25th day of April, 2019.


By:   */s/ David C. Powell*
       David C. Powell
       Attorney for Flagstar Bank, FSB

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF, which will serve all counsel of record, and served via First Class Mail to any party not filing ECF, postage prepaid.

This the 25th day of April, 2019.

By:   */s/ David C. Powell*
      David C. Powell
      Attorney for Flagstar Bank, FSB