UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL SMITH and BERNARD and LISA BRAVO, and LOWELL and GINA SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANK, FSB, a federal savings bank, and DOES 1—100, inclusive,<br><br>Defendants. | No. C 18-05131 WHA<br><br>**ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This order holds *Lusnak* applies to the claim in this case, and that exceptions proposed by Flagstar are not persuasive, including the "small bank vs. large bank" distinction. Therefore, the motion for summary judgement is **DENIED** to the foregoing, and plaintiff's motion is **GRANTED**.

This order further finds that Flagstar does not and has not paid any interest on California loans owned by Flagstar.

**IT IS SO ORDERED.**

Dated: March 4, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE