1
2
3
4                          UNITED STATES DISTRICT COURT
5
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8    WILLIAM KIVETT, BERNARD BRAVO,
     and LISA BRAVO,
9                                                No.  C 18-05131 WHA
            Plaintiffs,
10
11          v.
                                                 **ORDER MODIFYING JUDGMENT**
12   FLAGSTAR BANK, FSB, a federal savings
     bank,
13
            Defendant.
14

15          In this class action against a bank for failure to pay interest on escrow,  prior orders

16   granted class certification and summary judgment in favor of the class on a state law claim

17   against defendant.  The summary judgment order held federal law did not preempt the state law

18   claim.  On appeal, our court of appeals affirmed this holding.  But it vacated and remanded

19   with instructions to modify the judgment and class definition.  The modifications are necessary

20   because "the district court incorrectly tolled the statute of limitations and accordingly misstated

21   the award."  Accordingly, this order proposes to modify the judgment as follows:

22          • The judgment amount from $9,262,769.24 to $9,180,580.15; and

23          • The class definition date from April 18, 2014, to August 22, 2014 (Dkt. No. 226).

24          Any objection to these modifications must be filed **WITHIN 14 CALENDAR DAYS**.  The

25   prior order modifying the judgment (Dkt. No. 224) is hereby **WITHDRAWN**.

26   Dated: June 3, 2022.

27   _____

28   WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California