# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 12, 2024

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      **Re: Flagstar Bank**
           **v. William Kivett, et al.**
           **No. 22-349 (Your docket No. 21-15667)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                               Sincerely,

                                               SCOTT S. HARRIS, Clerk

                                               By

                                               M. Altner
                                               Assistant Clerk- Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 12, 2024

Mr. Jonathan Yates Ellis, Esq.
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006

Mr. Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

    Re:   **Flagstar Bank**
           **v. William Kivett, et al.**
           **No. 22-349**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

    The petitioner is given recovery of costs in this Court as follows:

        **Clerk's costs:**        **$300.00**

    This amount may be recovered from the respondents.

                          Sincerely,

                          SCOTT S. HARRIS, Clerk

                        By

                        M. Altner
                        Assistant Clerk- Judgments

cc: Clerk, 9th Cir.
      (Your docket No. 21-15667)

# Supreme Court of the United States

No. 22–349

**FLAGSTAR BANK, N.A.,**

Petitioner

v.

**WILLIAM KIVETT, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Cantero* v. *Bank of America, N.A.*, 602 U. S. ___ (2024).

**IT IS FURTHER ORDERED** that the petitioner, Flagstar Bank, N.A., recover from William Kivett, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 10, 2024

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States