```
                                              FILED
     UNITED STATES COURT OF APPEALS
                                              DEC 24 2024
         FOR THE NINTH CIRCUIT
                                              MOLLY C. DWYER, CLERK
                                               U.S. COURT OF APPEALS
```

| | |
|---|---|
| WILLIAM KIVETT; et al., | No. 21-15667 |
| Plaintiffs-Appellees, | D.C. No. 3:18-cv-05131-WHA<br>Northern District of California,<br>San Francisco |
| v. | |
| FLAGSTAR BANK, FSB, | ORDER |
| Defendant-Appellant. | |

Before: BYBEE and R. NELSON, Circuit Judges, and BOLTON,[*] District Judge.

Flagstar Bank's petition for panel rehearing, filed October 7, 2024, is GRANTED. The memorandum disposition filed on August 22, 2024, is withdrawn and submission is vacated pending further order of the court. The court intends to schedule oral argument on a date to be determined. With the withdrawal of the memorandum disposition filed on August 22, 2024, Flagstar Bank's petition for rehearing en banc is denied as moot.

The court requests simultaneous supplemental briefing by the parties addressing whether California Civil Code § 2954.8(a) is preempted by the National Bank Act under the standard and methodology described in *Cantero v. Bank of America, N.A.*, 602 U.S. 205 (2024). The simultaneous briefs may not exceed

---

[*] The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.

12,000 words and shall be due 30 days from the date of this order.