UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM KIVETT; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>FLAGSTAR BANK, FSB,<br><br>    Defendant - Appellant. | No.   21-15667<br><br>D.C. No. 3:18-cv-05131-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  BYBEE and R. NELSON, Circuit Judges, and BOLTON,[*] District Judge.

Judge Bybee and Judge Bolton have voted to deny the petition for rehearing and recommend denying the petition for rehearing en banc.  Judge Nelson has voted to grant the petition for rehearing and the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

Appellant's petition for rehearing and petition for rehearing en banc, filed November 17, 2025, are DENIED.

---

[*]    The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.